IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROBERT E. HOWELL, SR.
ADC # 148453                                                                                    PLAINTIFF

v.                              No. 5:15-cv-316-DPM-PSH

WENDY KELLEY, Director, Arkansas
Department of Correction, *et al.*                                                        DEFENDANTS

ORDER

1. On *de novo* review, the Court partly adopts the recommendation, № 7. FED. R. CIV. P. 72(b)(3). The Doe Plaintiffs are dismissed without prejudice because Howell doesn't have standing to sue on their behalf.

2. Howell notes in his objections that his grooming claim against Kelley is now moot. № 8 at 2. That claim is therefore dismissed without prejudice. In light of this change, the Court declines the remainder of the recommendation, № 7, without prejudice and refers this case back to Magistrate Judge Harris to determine which of Howell's other claims, if any, should proceed.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

1 February 2016