IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROBERT E. HOWELL, SR.
ADC # 148453                                                                                    PLAINTIFF

v.                          No. 5:15-cv-316-DPM-PSH

MARVIN EVANS, JR., Deputy Director,
Arkansas Department of Correction, *et al.*                          DEFENDANTS

### ORDER

On *de novo* review, the Court adopts Magistrate Judge Harris's careful recommendation, № 10, and overrules Howell's partial objections, № 11. FED. R. CIV. P. 72(b)(3). Howell agrees to pare down his claims. *№ 10 at 1, 6*. But he still wants to cast a wider net than Rule 20 allows. Howell may proceed with his retaliation and cell-placement claims against Defendants Lay, Evans, Knight, and Cherry. Howell's claims against Defendants Reed, Wood, Bland, Foote, Goldmon, Minor, Gibson, and Hall are dismissed without prejudice. If he wants to pursue those claims, then he must do so in separate lawsuits.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

1 June 2016