IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROBERT E. HOWELL, SR.
ADC #148453                                                                              PLAINTIFF

v.                          No. 5:15-cv-316-DPM-PSH

MARVIN EVANS, JR., Deputy Director, ADC;
GAYLON LAY, Ex Warden, Cummins Unit;
GLEENOVER KNIGHT, Records Supervisor,
Cummins Unit; KARL P. CHERRY, Lieutenant,
Cummins Unit; and EDDIE KNIGHT, Sergeant,
Cummins Unit                                                                             DEFENDANTS

ORDER

Unopposed recommendation, № 37, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motion, № 34, granted. Howell's claims against Gleenover Knight are dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

20 December 2016