IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ROBERT E. HOWELL, SR.**                                          **PLAINTIFF**

V.                             NO: 5:15CV00316 PSH

**MARVIN EVANS, JR.,
GAYLON LAY, KARL P. CHERRY,
and EDDIE KNIGHT**                                                 **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 25th day of July, 2017.

_____
UNITED STATES MAGISTRATE JUDGE